# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | **CV 09-7514-PSG (PJWx)** | Date: | Sept 28, 2010 |
| Title: | WALKER DIGITAL, LLC -VS- MICROSOFT CORPORATION, ET AL. | | |

Present: The Honorable: **Philip S. Gutierrez, United States District Judge**

| **Wendy K. Hernandez** | **Not Reported** | **N/A** |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| **Not Present** | **Not Present** |

Proceedings (In Chambers):     **ORDER**

PLEASE BE ADVISED that on the Court's own motion, a telephonic status conference is hereby set for Wednesday, September 29, 2010 at 12:30 p.m.

Counsel to initiate the conference and provide a phone number to the Clerk.

                                                                      ----- : ----
                                                                 Initials of Preparer    wkh