RODERICK G. DORMAN (SBN 96908)
dormanr@hdlitigation.com
ALAN P. BLOCK (SBN 143783)
blocka@hdlitigation.com
THOMAS B. WATSON (SBN 181546)
watsont@hdlitigation.com
HENNIGAN DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Attorneys for Plaintiff and Counterdefendant,
WALKER DIGITAL, LLC

E-FILED 05/06/11
JS-6

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALKER DIGITAL, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION; DELL INC.; and HEWLETT-PACKARD COMPANY,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 09 CV-7514 PSG (PJWx)<br><br>[~~PROPOSED~~] FINAL JUDGMENT<br><br>Date: N/A<br>Time: N/A<br>Ctrm: 880, Hon. Philip S. Gutierrez |

| | |
|---|---|
| 1 | GREGORY P. STONE (State Bar No. 78329) |
| 2 | Gregory.Stone@mto.com |
| | GRANT A. DAVIS-DENNY (State Bar No. 229335) |
| 3 | Grant.Davis-Denny@mto.com |
| 4 | ADAM R. LAWTON (State Bar No. 252546) |
| | Adam.Lawton@mto.com |
| 5 | MUNGER, TOLLES & OLSON LLP |
| 6 | 355 South Grand Avenue |
| | Thirty-Fifth Floor |
| 7 | Los Angeles, CA 90071-1560 |
| 8 | Telephone: (213) 683-9100 |
| | Facsimile: (213) 687-3702 |
| 9 | |
| 10 | Attorneys for Defendants, |
| | MICROSOFT CORPORATION, DELL INC., and |
| 11 | HEWLETT-PACKARD COMPANY |
| 12 | ISABELLA E. FU (State Bar No. 154677) |
| 13 | Isabella.Fu@microsoft.com |
| | MICROSOFT CORPORATION |
| 14 | 1 Microsoft Way |
| 15 | Redmond, WA 98052-6399 |
| | Telephone: (425) 722-4846 |
| 16 | Facsimile: (425) 936-7329 |
| 17 | |
| 18 | Attorney for Defendant, |
| | MICROSOFT CORPORATION |

IT IS HEREBY ORDERED, ADJUDGED, and DECREED as follows:

(1) On its claims for relief, Plaintiff Walker Digital, LLC recover nothing, and the claims be dismissed on the merits;

(2) On its Second Counterclaim, Defendant Microsoft Corporation be awarded a declaration that it has not infringed and is not infringing U.S. Patent No. 6,349,295;

(3) On its Third Counterclaim, Defendant Microsoft Corporation be awarded a declaration that it has not willfully infringed and is not willfully infringing U.S. Patent No. 6,349,295;

(4) On its Second Counterclaim, Defendant Dell Inc. be awarded a declaration that it has not infringed and is not infringing U.S. Patent No. 6,349,295;

(5) On its Second Counterclaim, Defendant Hewlett-Packard Company be awarded a declaration that it has not infringed and is not infringing U.S. Patent No. 6,349,295;

(6) Defendants Microsoft Corporation's, Dell Inc.'s, and Hewlett-Packard Company's First Counterclaims for Invalidity are dismissed without prejudice to Defendants' asserting such counterclaims in the event this matter is remanded for any reason, including for further consideration; and

(7) Defendants Microsoft Corporation, Dell Inc., and Hewlett-Packard Company, as prevailing parties, recover costs from Plaintiff in the amount of _____.

The Clerk is directed to enter this Judgment.

DATED: __05/06__, 2011

**PHILIP S. GUTIERREZ**
Hon. Philip S. Gutierrez
United States District Judge